| | |
|---|---|
| Case No. **CV 17-2082 MWF (GJSx)** | Date: July 10, 2017 |
| Title **Juan Briseno v. 7 Eleven, Inc., et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** ORDER DISMISSING WITHOUT PREJUDICE

On June 5, 2017, the Court ordered Plaintiff to show cause, in writing, no later than **June 19, 2017** why this action should not be dismissed for lack of prosecution. Plaintiff failed to do so by that date. Accordingly, the action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Initials of Preparer: RS/sjm